UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

MARIA AND ROY HAMILTON,

        Plaintiffs,

v.

ARGENT MORTGAGE
COMPANY, LLC, et al.,

        Defendants.

Civil Action No. 1:08-cv-06370
RMB-AMD

**FILED PURSUANT
TO COURT ORDER
DATED NOVEMBER
13, 2009**

## NOTICE OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE – SET NO. 1

**TO:**   Clerk of Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**PLEASE TAKE NOTICE** that pursuant to this Court's Scheduling Order dated November 19, 2009, on March 4, 2010 at 10:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendants, Defendants Select Portfolio Servicing, Inc. and U.S. Bank National Trust Association (collectively "SPS Defendants") will hereby move at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets Room 1050, Camden, NJ 08101 for an Order granting SPS Defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56;

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, SPS Defendants shall rely upon their Brief and Affidavit of Mindy Leetham submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested for this Motion.

Dated:   March 4, 2010

                                            Respectfully submitted,

                                            _____/s/ Amy J. Roy_____
                                            Amy J. Roy
                                            ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                            U.S. Steel Tower
                                            600 Grant Street, 44th Floor
                                            Pittsburgh PA  15219
                                            412.566.6000 telephone
                                            412.566.6099 fax

                                            Attorney for Defendants
                                            Select Portfolio Servicing, Inc. and U.S. Bank

Dated: March 4, 2010

OF COUNSEL:

Dorothy A. Davis, Esquire

ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh PA  15219
412.566.6000 telephone
412.566.6099 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT WAS FILED ELECTRONICALLY,** on this 4th day of March, 2010, upon the following:

Matthew B. Weisberg, Esq.
Prochniak Weisberg, P.C.
7 South Morton Avenue
Morton, PA  19070

Parker Vincent Sherry, Esq.
Kaplin Stewart Meloff Reiter & Stein, P.C.
Union Meeting Corporate Center
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA  19422

_____/s/ Amy J. Roy_____
Amy J. Roy

3